# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>RESIDENTIAL LAND CORPORATION OF NEVADA; LVDG LLC SERIES 107; THE MEADOWS HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 3:17-cv-00324-LRH-WGC<br><br>ORDER APPROVING **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF THE MEADOWS HOMEOWNERS ASSOCIATION** |

This *Stipulation and Order for Dismissal without Prejudice of the Meadows Homeowners Association* ("Stipulation") is entered into as of the date below by and between Nationstar Mortgage LLC ("Nationstar") and Federal National Mortgage Association ("Fannie Mae") and Defendant the Meadows Homeowners Association ("HOA"), by and through their respective counsel of record. The parties hereby stipulate and agree as follows:

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Washoe County, Nevada with APN 160-331-19, commonly known as 1207 Tule Drive, Reno, Nevada 89521 (the "Property");

WHEREAS, Nationstar's predecessor-in-interest and Fannie Mae filed this action on May 22, 2017 and Nationstar alleges several causes of action against the HOA;

WHEREAS, the HOA has filed its Answer on July 5, 2017; and

WHEREAS, the HOA disclaims any interest in the Property other than its ongoing rights under Nevada law, including NRS 116, and the governing documents, including the Covenants, Conditions and Restrictions ("CC&Rs").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Complaint can be dismissed without prejudice as to the HOA only, with each party to bear their own fees and costs, and any written discovery pending by and between Nationstar, or its predecessor-in-interest, Fannie Mae, and the HOA is deemed withdrawn.

2. Any statute of limitations for the causes of action asserted against the HOA, which the HOA may allege have expired since the Complaint was filed on May 22, 2017 to the date of this Stipulation, shall be tolled until this litigation is fully and finally resolved.

3. The Parties reserve any and all rights, privileges, and defenses under applicable law.

4. The Parties agree that the HOA may be removed from the caption of this matter.

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

DATED this 3rd day of April, 2018.

WILSON ELSER

By: */s/ I-Che Lai (with permission)*
I-Che Lai, Esq.
Nevada Bar No. 012247
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
*Attorneys for The Meadows Homeowners Association*

DATED this 3rd day of April, 2018.

SNELL & WILMER L.L.P.

By: */s/ Nathan Kanute*
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

**IT IS SO ORDERED**

UNITED STATES DISTRICT COURT JUDGE

DATED: 4/3/18

- 2 -