1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  I-Che Lai, Esq.
   Nevada Bar No. 012247
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  sheri.thome@wilsonelser.com
   i-che.lai@wilsonelser.com
6  *Attorneys for Defendant The Meadows Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>Plaintiffs,<br><br>v.<br><br>RESIDENTIAL LAND CORPORATION OF NEVADA; LVDG LLC SERIES 107; THE MEADOWS HOMEOWNERS ASSOCIATION,<br><br>Defendants. | CASE NO: 3:17-cv-00324-LRH-(WGC)<br><br>**ORDER GRANTING MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Former defendant The Meadows Homeowners Association, by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, hereby moves this court to remove I-Che Lai and Sheri M. Thome from the CM/ECF service list as The Meadows Homeowners Association has been dismissed from the case.

///

///

///

///

///

///

///

1370381v.1

Page 1 of 3

It is further requested that the following email addresses associated with counsel for The Meadows Homeowners Association be removed:

1. EfileLasVegas@wilsonelser.com
2. Alexa.Klusmann@wilsonelser.com
3. Lorena.Tabares@wilsonelser.com
4. I-Che.Lai@wilsonelser.com

DATED this 8 day of October, 2018

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: _____
Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant The Meadows Homeowners Association*

**IT IS SO ORDERED.**

DATED: October 9, 2018.

_____
UNITED STATES MAGISTRATE JUDGE