1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

12

13

NATIONSTAR MORTGAGE LLC; FEDERAL )
NATIONAL MORTGAGE ASSOCIATION,       )
                                                                       )
14                               Plaintiffs,  )         Case No.  3:17-cv-00324-LRH-WGC
                                                                       )
15   vs.                                                           )
                                                                       )
16   RESIDENTIAL LAND CORPORATION OF     )
      NEVADA; LVDG LLC SERIES 107; THE        )
17   MEADOWS HOMEOWNERS                          )
      ASSOCIATION; ALESSI & KOENIG, LLC,    )
18                                                                  )
                                     Defendants. )
19   _____ )

20   **STIPULATION AND ORDER TO EXTEND TIME TO**
      **RESPOND TO MOTION FOR SUMMARY JUDGMENT**
21                      **(First Request)**

22          COMES NOW Plaintiffs, NATIONSTAR MORTGAGE LLC and FEDERAL

23   NATIONAL MORTGAGE ASSOCIATION, and Defendants, RESIDENTIAL LAND

24   CORPORATION OF NEVADA and LVDG LLC SERIES 107, by and through their undersigned

25   counsel, and hereby stipulate and agree as follows:

26          1.       On September 20, 2018, Plaintiffs filed a Motion for Summary Judgment herein

27                   [ECF #31].  Responses are presently due on October 11, 2018.

28

2.      Defendants' counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

3.      Based upon the foregoing, Defendants have requested and shall be granted an extension of time until October 31, 2018, in which to respond to the Plaintiffs' Motion for Summary Judgment.

4.      The parties further agree that Plaintiff shall have an extended period of time until and including November 21, 2018, in which to file any Reply.

5.      This Stipulation is made in good faith and not for purpose of delay.

Dated this _____11th_____ day of October, 2018.

ROGER P. CROTEAU &                          SNELL & WILMER L.L.P.
 ASSOCIATES, LTD.


 /s/ Timothy E. Rhoda                          /s/ Nathan G. Kanute
TIMOTHY E. RHODA, ESQ.                    NATHAN GUY KANUTE, ESQ.
Nevada Bar No. 7878                            Nevada Bar No. 12413
9120 West Post Road, Suite 100             50 W. Liberty St., Ste. 510
Las Vegas, Nevada 89148                      Reno, NV 89501-1961
(702) 254-7775                                    775-785-5440
croteaulaw@croteaulaw.com                 775-785-5441 (fax)
*Attorney for Defendants*                       nkanute@swlaw.com
*Residential Land Corporation*                *Attorney for Plaintiffs*
*Of Nevada and LVDG, LLC [Series 107]*    *Nationstar Mortgage LLC and*
                                                       *Federal National Mortgage Association*


**IT IS SO ORDERED,** *nunc pro tunc*.

DATED this 12th day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE