UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiffs,

vs.

RESIDENTIAL LAND CORPORATION OF NEVADA; LVDG LLC SERIES 107; THE MEADOWS HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC,

    Defendants.

Case No. 3:17-cv-00324-LRH-WGC

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW Plaintiffs, NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, and Defendants, RESIDENTIAL LAND CORPORATION OF NEVADA and LVDG LLC SERIES 107, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On September 20, 2018, Plaintiffs filed a Motion for Summary Judgment herein [ECF #31]. Responses were originally due on October 11, 2018.

2. Defendants requested and were granted an extension of time until October 31,

2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

3. Defendants' counsel has recently moved office locations, and has been required to devote time and attention to numerous other pending legal matters, which has significantly detracted from the time available prepare a response.

4. Based upon the foregoing, Defendant's counsel request an additional 14 day extension, up to and including November 14, 2018.

5. The parties further agree that Plaintiff shall have an extended period of time until and including December 5, 2018, in which to file any Reply.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___31st___ day of October, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER L.L.P. |
|---|---|
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Blvd, Suite 75<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendants***<br>***Residential Land Corporation***<br>***Of Nevada and LVDG, LLC [Series 107]*** | /s/ *Nathan G. Kanute*<br>NATHAN GUY KANUTE, ESQ.<br>Nevada Bar No. 12413<br>50 W. Liberty St., Ste. 510<br>Reno, NV 89501-1961<br>775-785-5440<br>775-785-5441 (fax)<br>nkanute@swlaw.com<br>***Attorney for Plaintiffs***<br>***Nationstar Mortgage LLC and***<br>***Federal National Mortgage Association*** |

**IT IS SO ORDERED**, *nunc pro tunc*.

By: _____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
Dated: November 2, 2018

Page 2