UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiffs,

vs.

RESIDENTIAL LAND CORPORATION OF NEVADA; LVDG LLC SERIES 107; THE MEADOWS HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC,

    Defendants.

Case No. 3:17-cv-00324-LRH-WGC

**ORDER REGARDING:**

## **JOINT MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

COMES NOW Plaintiffs, NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, and Defendants, RESIDENTIAL LAND CORPORATION OF NEVADA and LVDG LLC SERIES 107, by and through their undersigned counsel, and hereby jointly move this Court to extend the time to file a Notice of Appeal in this matter, stating as follows:

1. On May 28, 2019, this Court entered an Order granting Plaintiffs' Motion for Partial Summary Judgment. [ECF #41]. On the same date, a Final Judgment was entered. [ECF #42].

2. Since the entry of the final judgment, the parties have been discussing the terms of an amicable settlement of all claims at issue between them in this matter.

3. The current deadline to file a Notice of Appeal is June 27, 2019.

4. The parties desire to continue settlement discussions with the hope that an amicable resolution may be reached before incurring the cost and expense of an appeal.

5. Fed. R. App. P. 4 provides in pertinent part as follows:

> (5) *Motion for Extension of Time.*
> (A) The district court may extend the time to file a notice of appeal if:
> (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
> (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
> (B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
> (C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.

6. Pursuant to Fed. R. App. P. 4, the parties hereto respectfully request that this Court enter an Order extending the deadline to file a Notice of Appeal herein until (a) July 29, 2019 (because July 27, 2019 falls on a Saturday) or (b) until 14 days after an Order granting this Motion is entered, whichever is later.

//
//
//
//
//
//
//

7. This Motion is made in good faith and not for purpose of delay.

Dated this   27th   day of June, 2019.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER L.L.P. |
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Blvd, Suite 75 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendants*** <br> ***Residential Land Corporation*** <br> ***of Nevada and LVDG, LLC [Series 107]*** | /s/ *Nathan Guy Kanute* <br> NATHAN GUY KANUTE, ESQ. <br> Nevada Bar No. 12413 <br> 50 W. Liberty St., Ste. 510 <br> Reno, NV 89501-1961 <br> 775-785-5440 <br> 775-785-5441 (fax) <br> nkanute@swlaw.com <br> ***Attorney for Plaintiffs*** <br> ***Nationstar Mortgage LLC and*** <br> ***Federal National Mortgage Association*** |

**IT IS SO ORDERED.**

By: _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

Dated: this 1st day of July, 2019.