# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>Plaintiffs,<br>vs.<br><br>RESIDENTIAL LAND CORPORATION OF NEVADA; LVDG LLC SERIES 107,<br><br>Defendants. | Case No.: 3:17-cv-00324-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Nationstar Mortgage LLC ("**Nationstar**"), Plaintiff Federal National Mortgage Association ("**Fannie Mae**"), Defendant Residential Land Corporation of Nevada ("**Residential Land**"), and Defendant LVDG LLC Series 107 ("**LVDG**"), by and through their respective counsel, hereby stipulate and agree that an order may be entered dismissing this, and each of the claims and causes of action by and between the Parties raised herein, with prejudice, with each party to bear its own attorneys' fees and costs.

The Parties stipulate and agree that, subject to the terms of their confidential settlement agreement, this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances against each other related to and/or arising out of the

above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

|  |  |
|---|---|
| Dated: November 11, 2019 | Dated: November 11, 2019 |
| SNELL & WILMER L.L.P. | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| By: */s/* Nathan G. Kanute<br>Jeffrey Willis (NV Bar No. 4797)<br>Nathan G. Kanute (NV Bar No. 12413)<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501-1961<br>*Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association* | By: /s/ Timothy E. Rhoda (with permission)<br>Roger P. Croteau (NV Bar No. 4958)<br>Timothy E. Rhoda (NV Bar No. 7878)<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Residential Land Corporation of Nevada and LVDG, LLC [Series 107]* |

**O R D E R**

**IT IS SO ORDERED:**

DATED this 12th day of November, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE